UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PRANAY RAVINESH CHAUDHARY,

Plaintiff,

v.

JOSEPH B. EDLOW, et al.,

Defendants.

Case No. 1:26-CV-07194-JLT-FJS

ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA

On September 8, 2026, Plaintiff Pranay Ravinesh Chaudhary ("Plaintiff"), proceeding pro se, filed this civil action against Defendants Joseph B. Edlow (Director of U.S. Citizenship and Immigration Services), Markwayne Mullin (Secretary of the U.S. Department of Homeland Security), Todd Blanche (Attorney General of the United States of America), and Eric Grant (United States Attorney for the Eastern District of California). (*See* ECF No. 1.)

Plaintiff seeks a writ of mandamus pursuant to section 706(1) of the Administrative Procedure Act and section 1361 of the Mandamus Act to "compel Defendants to perform their nondiscretionary duty to adjudicate Plaintiff's Form I-130, Petition for Alien Relative, which has been pending without adjudication for more than eighteen months." (*Id.* at 2.) Plaintiff alleges that he lives in Stanislaus County. (*Id.* at 3.) Stanislaus County is part of the Sacramento Division of the United States District Court for the Eastern District of California. For each named

Defendant, Plaintiff alleges residences that are outside of the Fresno Division of the United States District Court for the Eastern District of California. (*See id.* at 3-4.)

Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. This action will be transferred to the Sacramento Division.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and
2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

   United States District Court
   Eastern District of California
   501 "I" Street, Suite 4-200
   Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **September 15, 2026**

UNITED STATES MAGISTRATE JUDGE